FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JUN 18  PM 12 39

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

JUAN ALFARO ORTIZ, et al.,

    Plaintiffs,

vs.

ROCKY MOUNTAIN MUSHROOMS, LLC, et al.,

    Defendants.

13-CV-138

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come on before the Court on the parties' Stipulated Motion to Dismiss with Prejudice and the Court having reviewed said motion and being otherwise fully advised in the premises;

FINDS that it is proper to grant the stipulated motion filed herein.

THEREFORE, the Court GRANTS said motion and hereby ORDERS that the above entitled matter is hereby DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorney fees incurred herein, this matter having been fully settled and compromised.

DATED this 18th day of June, 2014.

_____
Federal Court Judge